**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE MAYOR AND CITY COUNCIL OF BALTIMORE, *on its own behalf and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BAUSCH HEALTH COMPANIES, INC., SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC.<br><br>Defendants. | Case No. 1:26-cv-00667-MRD-RLA |

**STIPULATION AND ORDER**

WHEREAS, on October 7, 2025, plaintiffs Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and SuperValu, Inc. filed a complaint alleging, among other things, an unlawful scheme to delay the entry of generic versions of the drug Xifaxan 550 mg ("Xifaxan") in violation of the antitrust laws, Case No. 1:25-cv-00515-MRD-PAS (D.R.I.);

WHEREAS, on October 21, 2025, plaintiff KPH Healthcare Services, Inc., a/k/a Kinney Drugs, Inc., filed a putative class action complaint on behalf of direct purchasers alleging, among other things, an unlawful scheme to delay the entry of generic versions of Xifaxan in violation of the antitrust laws, Case No. 1:25-cv-00544-MRD-PAS (D.R.I.);

WHEREAS, on October 23, 2025, plaintiff Value Drug Company filed a putative class action complaint on behalf of direct purchasers alleging, among other things, an unlawful scheme to delay the entry of generic versions of Xifaxan in violation of the antitrust laws, Case No. 1:25-cv-00550-MRD-PAS (D.R.I.);

WHEREAS, on December 23, 2025, plaintiff CVS Pharmacy, Inc. ("CVS") filed a

complaint alleging, among other things, an unlawful scheme to delay the entry of generic versions of Xifaxan in violation of the antitrust laws, Case No. 1:25-cv-00678-MRD-PAS (D.R.I.);

WHEREAS, Plaintiffs CVS, Walgreen Co., The Kroger Co., Albertsons Companies, Inc., H-E-B, L.P., and SuperValu, Inc. are referred to collectively as the "Retailer Plaintiffs";

WHEREAS, Plaintiffs Value Drug Company and KPH Healthcare Services, Inc. are referred to collectively as "DPPs";

WHEREAS, the above actions are being coordinated for discovery and pretrial purposes under the following docket: *In re Xifaxan Antitrust Litigation*, Case No. 1:25-cv-00515-MRD-PAS (D.R.I.) ("*In re Xifaxan*"), and the actions are collectively referred to as the "Coordinated Actions";

WHEREAS, amended complaints were filed in the Coordinated Actions, including a Second Consolidated Amended Complaint filed by the DPPs (*In re Xifaxan*, ECF No. 44) and a Second Amended Complaint filed by the Retailer Plaintiffs (*In re Xifaxan*, ECF No. 45);

WHEREAS, on September 22, 2026, Plaintiff The Mayor and City Council of Baltimore filed the instant putative class action complaint on behalf of end-payors (the "EPP Action") alleging, among other things, an unlawful scheme to delay the entry of generic versions of Xifaxan in violation of the antitrust laws;

WHEREAS, the EPP Action was filed as a related case to the Coordinated Actions and alleges facts, circumstances, and claims similar to those asserted in the Coordinated Actions;

WHEREAS, Plaintiff The Mayor and City Council of Baltimore and the putative class it seeks to represent are referred to as "EPPs" and, collectively with DPPs and Retailer Plaintiffs, as "Plaintiffs";

WHEREAS, Defendants in the Coordinated Actions, namely Bausch Health Companies Inc., Bausch Health Ireland Limited, Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc. ("Bausch Health"), and Defendants Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., and Actavis Laboratories FL, Inc. (collectively, "Teva"), are collectively referred to as the "Coordinated Action Defendants";

WHEREAS, Defendants in the EPP Action, namely, Bausch Health Companies Inc., Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc., are collectively referred to as the "EPP Action Defendants";

WHEREAS, the Coordinated Action Defendants and the EPP Action Defendants are collectively referred to as "Defendants," and Plaintiffs and Defendants are collectively referred to as the "Parties";

WHEREAS, Coordinated Action Defendants moved to dismiss the Retailer Plaintiffs' and the DPPs' complaints on September 22, 2026;

WHEREAS, pursuant to the Court's Order entering the Joint Stipulation to Amend the Case Management Order, *In re Xifaxan*, ECF No. 65, DPPs and Retailer Plaintiffs are to file any opposition ("Opposition") on or before November 2, 2026;

WHEREAS, EPPs, with consent of the Plaintiffs, Bausch Health, and Teva, hereby seek to coordinate the EPP Action with the Coordinated Actions for discovery and pretrial purposes;

WHEREAS, given the overlapping allegations and issues between the EPP Action and the Coordinated Actions, Plaintiffs and Bausch Health agree that coordinating the EPP Action with the Coordinated Actions will promote efficiency;

WHEREAS, on October 14, 2026, EPPs received a full copy of all motions to dismiss, including all exhibits and attachments, that were filed under seal on September 22, 2026, in the

Coordinated Actions, and EPPs agreed to treat all such materials as highly confidential in accordance with the Court's sealing orders;

ACCORDINGLY, IT IS HEREBY STIPULATED AND ORDERED THAT:

1. The EPP Action shall be coordinated with the Coordinated Actions for discovery and pretrial purposes and treated in a manner consistent with this Court's Case Management Order No. 1 relating to the Coordinated Actions;

2. The Coordinated Action Defendants' motions to dismiss filed on September 22, 2026, shall be treated as though they had been additionally filed against the EPP Action;

3. EPPs may join in any Opposition filed by the DPPs and the Retailer Plaintiffs, and may file a supplemental Opposition in response to the motion to dismiss filed in the Coordinated Actions on or before November 16, 2026;

4. If EPPs choose to file a supplemental Opposition in response to the motions to dismiss filed in the Coordinated Action on or before November 16, 2026, EPPs shall not repeat arguments advanced by the DPPs and/or Retailer Plaintiffs in their opposition filed on or before November 2, 2026, in the Coordinated Actions;

5. If EPPs join in any Opposition filed by the DPPs and the Retailer Plaintiffs, EPPs agree to be bound by the Opposition(s) filed by the DPPs and Retailers, along with any supplemental briefing that EPPs may file, and any decisions by the Court in the Coordinated Actions on overlapping issues;

6. EPP Action Defendants shall file any motion to dismiss the EPP Action limited to state law issues on or before November 16, 2026;

7. EPPs shall file any opposition to the EPP Action Defendants' motion to dismiss limited to state law issues on or before December 16, 2026; and

8. EPP Action Defendants shall file any reply in further support of their motion to dismiss the EPP Action limited to state law issues on or before January 11, 2027.

9. If EPPs file a supplemental Opposition to the motion to dismiss in the Coordinated Actions, the EPP Action Defendants may file a reply on or before January 11, 2027, addressing only the arguments raised in the supplement, and shall not repeat any of the arguments advanced in its reply in support of the motions to dismiss in the Coordinated Actions, or any of the arguments advanced in any reply in further support of EPP Action Defendants' motion to dismiss the EPP Action limited to the state law issues.

**IT IS SO ORDERED.**

Dated: November 12, 2026 By: ______________________

Hon. Melissa R. DuBose
United States District Judge

/s/ *Steven L. Groopman*
Steven L. Groopman (*pro hac vice*)
Gregory S. Asciolla (*pro hac vice*)
Geralyn J. Trujillo (*pro hac vice*)
Theodore J. Salem-Mackall (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
Tel.: (646) 933-1000
sgroopman@dicellolevitt.com
gasciolla@dicellolevitt.com
gtrujillo@dicellolevitt.com
tsalemmackall@dicellolevitt.com

/s/ *Devora W. Allon*
Devora W. Allon, P.C. (*pro hac vice*)
Kevin M. Neylan, Jr., P.C. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
kevin.neylan@kirkland.com

Joseph V. Cavanagh, III (#6907)
**Blish & Cavanagh, LLP**
30 Exchange Terrace
Providence, RI 02903
Tel: (401) 831-8900
jvc3@blishcavlaw.com

Adam J. Levitt
Daniel R. Ferri
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dicellolevitt.com
dferri@dicellolevitt.com

Peter N. Wasylyk (RI Bar No. 3351)
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Tel: (401) 831-7730
Fax: (401) 861-6064
pnwlaw@aol.com

Steve D. Shadowen
Matthew C. Weiner
**HILLIARD SHADOWEN LLP**
1135 West 6th Street, Suite 125
Austin, Texas 78703
Tel.: (855) 344-3298
steve@hilliardshadowen.com
matt@hilliardshadowen.com

Sharon K. Robertson
**COHEN MILSTEIN SELLERS & TOLL LLP**
88 Pine Street, 14th Floor
New York, New York 10005
Tel.: (212) 838-7797
srobertson@cohenmilstein.com

Archana Tamoshunas
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, New York 10038
Tel.: (212) 931-0704
atamoshunas@tcllaw.com

*Counsel for The Mayor and City Council of Baltimore*

*Counsel for Bausch Health Companies Inc., Bausch Health Ireland Limited, Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc.*